**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016
cmoses@yosemitelawyer.com

Attorney for Defendant,
GREGORY BENDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 6:11-mj-00077-MJS |
| Plaintiff, ) | |
| vs ) | STIPULATION TO CONTINUE INITIAL APPEARANCE TO AUGUST 2, 2011; |
| GREGORY BENDER, ) | ORDER THEREON |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the Defendant, GREGORY BENDER, his Attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently scheduled for July 19, 2011, at 10:00 a.m. be continued until August 2, 2011, at 10:00 a.m.  This continuance is necessary as defense counsel has a conflicting court appearance in Madera Superior Court.

Dated: July 13, 2011           By:  /s/ Carol Ann Moses
                                    CAROL ANN MOSES
                                    Attorney for Defendant
                                    GREGORY BENDER

Dated:  July 13, 2011          By:  /s/ Susan St. Vincent
                                    SUSAN ST. VINCENT
                                    Legal Officer for the
                                    National Park Service

1
STIPULATION TO CONTINUE  INITIAL APPEARANCE; [PROPOSED] ORDER THEREON

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance of the Initial Appearance until August 2, 2011, and Order Thereon, HEREBY ORDERS AS FOLLOWS:

The Initial Appearance for Defendant, GREGORY BENDER, shall be continued to August 2, 2011, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   July 18, 2011              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE