<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF CALIFORNIA**

</div>

U.S.A.                                                                        CITATION/CASE NO._____
V.
_____

<div style="text-align:center; border: 2px solid red; display:inline-block">

***JUDGMENT and ORDER TO PAY***

</div>

SOCIAL SECURITY #:_____
DATE OF BIRTH:_____
DRIVER'S LICENSE #: _____
ADDRESS: _____
                  _____
                  City                  State            Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT.*

DATE: _____                  _____
                                                                                              Defendant's Signature

_____

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(  ) Penalty **ASSESSMENT** of $ _____      (  ) **RESTITUTION** of $ _____

(  ) **PROCESSING Fee** of $_____      (  ) **FINE** of $ _____

for a **TOTAL AMOUNT** of $ _____,

paid within _____ **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - **note late payments could be subject to late/delinquent charges imposed by C.V.B.**

(  ) REVIEW/ Post Sentencing HEARING DATE: _____ at _____ a. m. / p. m. in Courtroom _____
(  ) Compliance HEARING: _____ at _____ a. m. / p. m. in Courtroom _____
(  ) RESTITUTION / VICTIM information _____
_____
(  ) COMMUNITY SERVICE _____ with fees not to exceed  $ _____
to be completed by _____ with Proof mailed to the Clerk Of Court.
(  ) TRAFFIC SCHOOL by _____ with Proof mailed to _____
(  ) PROBATION to be unsupervised / supervised for: _____
_____
_____
_____

**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| | | |
|---|---|---|
| CENTRAL VIOLATIONS BUREAU | CLERK U.S.D.C. | CLERK U.S.D.C |
| PO Box 71363 | 501 "I" St., #4-200 | 2500 Tulare St., Rm 1501 |
| Philadelphia, PA  19176-1363 | Sacramento, CA  95814 | Fresno, CA  93721 |
| 1-800-827-2982 | | |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: _____         _____
                                                                                U.S. MAGISTRATE JUDGE